IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAMELA WILLIAMS**, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 16 C 9322<br>) |
| **NCB MANAGEMENT SERVICES INCORPORATED**, | )<br>)<br>) |
| Defendant. | ) |

## MEMORANDUM ORDER

It has been 2-1/2 months since plaintiff Pamela Williams ("Williams") moved to reopen this action, which had been dismissed because Williams' filing in bankruptcy had deprived her of standing to proceed as plaintiff in this Fair Debt Collection Act case. Because considering any such reopening necessarily depended on a return to the Bankruptcy Court so that appropriate steps could be taken to enable Williams to proceed with the case, on January 27 this Court issued an oral ruling that continued Williams' motion generally to enable her to go before the Bankruptcy Court for that purpose.

More than two months have elapsed since then, and Williams' counsel has done nothing to bring her case back to life in this District Court. Accordingly Williams' motion to reopen (Dkt. No. 28) is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 4, 2017